ARMAND MARCUCILLI et al., Respondents, *v.* JOHN NICHOLS, Appellant, et al., Defendants.

Argued October 9, 1950; decided October 19, 1950.

*Melvel W. Snitow* and *Sydney Snitow* for appellant.
*Samuel La Rosa* for respondents.

Appeal dismissed. Question certified not answered. Motions to bring in additional parties denied. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.